# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 15-30677 |
| ROBERT DENNIS-KULAK, | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | **Date: December 29, 2017** |
| | ) | **Time: 10:30 a.m.** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **December 15, 2017**, I caused a copy of the foregoing **Notice of First and Final Application of Fox Swibel Levin & Carroll LLP and First and Final Application of Fox Swibel Levin & Carroll LLP, for an Order (i) Allowing an Administrative Claim for Compensation for the Period November 29, 2016 Through November 23, 2017, (ii) Authorizing Payment of Unpaid Fees and (iii) Shortening and Limiting Notice** [Dkt.48]; **(ii) Trustee's Application for Compensation and Expenses** [Dkt. 49]; **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** [Dkt. 50], to be filed electronically through the Court's ECF filing system and to be served electronically upon all parties listed on the attached Service List through the Court's ECF filing system or via email, as indicated.

*/s/ N. Neville Reid*
N. Neville Reid

Dated: December 15, 2017    **N. NEVILLE REID, not individually, but solely in his capacity as the chapter 7 trustee for the bankruptcy estate of ROBERT DENNIS-KULAK,**
By:   */s/ N. Neville Reid*
Fox, Swibel, Levin & Carroll, LLP,
as Proposed General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Brian J. Wilson (ARDC #6294099)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fax:  312.224.1201

## **SERVICE LIST**

**Parties to receive notice electronically via CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

JONATHAN PETERSEN, attorney for the Debtor
bk@attorneypetersen.com

Caroline Hasten
coconnell@trunkettlawpc.com

Ronald J. Kapustka
ndaily@ksnlaw.com

Kimberly Bacher
kimberly.bacher@usdoj.gov

Ha M Nguyen
ha.nguyen@usdoj.gov

Kathryn Gleason
USTPRegion11.es.ecf@usdoj.gov


**Party to receive notice via postage-prepaid first class U.S. mail:**

ROBERT DENNIS-KULAK
3362 ANN STREET
LANSING, IL  60438


Cavalry Investments, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

Cavalry SPV I, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

Navient Solutions
220 Lasley Ave.
Wilkes-Barre, PA 18706


Chicago Patrolmen's Federal Credit Union
Trunkett & Trunkett PC
20 N. Wacker
Suite 1434
Chicago, IL 60606


Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701