UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>ROBERT DENNIS-KULAK<br><br>Debtor(s).<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  15-30677<br><br>Chapter: 7<br>Honorable Jack Schmetterer |

**ORDER (I) GRANTING FIRST AND FINAL FEE APPLICATION OF FOX SWIBEL LEVIN & CARROLL LLP, (II) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE PERIOD NOVEMBER 29, 2016 THROUGH NOVEMBER 13, 2017; AND (III) AUTHORIZING PAYMENT OF UNPAID FEES**

This matter coming before the Court on the Application (the "Application") of N. Neville Reid of the law firm of Fox Swibel Levin & Carroll, LLP ("FSLC"), general bankruptcy counsel to N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Robert Dennis-Kulak (the "Debtor"), for entry of an order pursuant to 11 U.S.C. §§ 328, 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, and the United States Trustee Fee Guidelines – Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58), (i) granting the First and Final Fee Application of FSLC, (ii) allowing FSLC an administrative claim for compensation consisting of fees in the amount of $8,733.50 (the "Requested Compensation") incurred during the period of November 29, 2016 through November 13, 2017 (the "Application Period"); and (iii) authorizing the Trustee to pay the Requested Compensation upon entry hereof; the Court finds that (1) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (3) the relief requested in the Application is in the best interests of the Debtor's Estate, its creditors and other parties-in-interest; (4) due and sufficient notice of the Application was given; and (5) upon the record herein and after due deliberation and cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Application is hereby granted, as set forth herein.

2. FSLC is hereby allowed an administrative claim for compensation consisting of fees in the amount of $8,733.50 incurred during the Application Period.

3. The Trustee is hereby authorized to immediately pay the Requested Compensation incurred during the Application Period.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. This Order will become effective immediate upon its entry.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: January 04, 2018

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Brian J. Wilson (ARDC #6294099)
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201