# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
§
ROBERT DENNIS-KULAK § Case No. 15-30677
§
§
_____Debtor_____ §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 96,118.00                    Assets Exempt: 6,783.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,516.50     Claims Discharged
                                               Without Payment: 132,736.60

Total Expenses of Administration: 11,483.50

---

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 96,383.00 | $ 96,383.00 | $ 96,383.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,483.50 | 11,483.50 | 11,483.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,072.38 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,546.62 | 32,391.31 | 32,391.31 | 8,516.50 |
| **TOTAL DISBURSEMENTS** | $ 129,002.00 | $ 140,257.81 | $ 140,257.81 | $ 20,000.00 |

    4)  This case was originally filed under chapter 7 on 09/08/2015 .  The case was pending for 29 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/07/2018                    By:/s/N. Neville Reid, Trustee
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undisclosed Bank Accounts | 1229-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Property Management, LLC 18679 Dixie Highway Homewood, IL 60430 | | 265.00 | NA | NA | 0.00 |
| | Chgo Pm Cu 1407 W Washington Blvd Chicago, IL 60607 | | 27,658.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chgo Pm Cu 1407 W Washington Blvd Chicago, IL 60607 | | 68,460.00 | NA | NA | 0.00 |
| 4A | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION | 4110-000 | NA | 96,383.00 | 96,383.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 96,383.00 | $ 96,383.00 | $ 96,383.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 8,733.50 | 8,733.50 | 8,733.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,483.50 | $ 11,483.50 | $ 11,483.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurers Office 118 North Clark Street, Room 434 Chicago, IL 60602 | | 1,072.38 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 1,072.38 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Financial/Springleaf Fi Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731 | | 1.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware - AirTrain c/o Northland Group, Inc. P.O. Box 390846 Minneapolis, MN 55439 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 3,168.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cco Mortgage Corp. 10561 Telegraph Rd Glen Allen, VA 23059 | | 1.00 | NA | NA | 0.00 |
| | Chase Card P.o. Box 15298 Wilmington, DE 19850 | | 1.00 | NA | NA | 0.00 |
| | Chgo Pm Cu 1407 W Washington Blvd Chicago, IL 60607 | | 1.00 | NA | NA | 0.00 |
| | Chgo Pm Cu 1407 W Washington Blvd Chicago, IL 60607 | | 1.00 | NA | NA | 0.00 |
| | Chgo Pm Cu 1407 W Washington Blvd Chicago, IL 60607 | | 1.00 | NA | NA | 0.00 |
| | Chgo Pm Cu 1407 W Washington Blvd Chicago, IL 60607 | | 1.00 | NA | NA | 0.00 |
| | Chgo Pm Cu 1407 W Washington Blvd Chicago, IL 60607 | | 1.00 | NA | NA | 0.00 |
| | Express Scripts 8931 Springdale Avenue Suite A Saint Louis, MO 63134 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Po Box 9 Buffalo, NY 14240 | | 1.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 9 Buffalo, NY 14240 | | 1.00 | NA | NA | 0.00 |
| | Imc Credit Services 6955 Hillsdale Ct Indianapolis, IN 46250 | | 495.00 | NA | NA | 0.00 |
| | Law Offices of Arthur B. Adler 25 East WAshington Street Suite 1221 Chicago, IL 60602 | | 3,102.41 | NA | NA | 0.00 |
| | Marion Municipal Court 200 W. WAshington Indianapolis, IN 46204 | | 4,630.00 | NA | NA | 0.00 |
| 5 | CAPITAL ONE, N.A. | 7100-000 | 442.00 | 605.56 | 605.56 | 159.22 |
| 1 | CAVALRY INVESTMENTS, LLC | 7100-000 | 5,926.00 | 5,925.80 | 5,925.80 | 1,558.04 |
| 2 | CAVALRY SPV I, LLC | 7100-000 | 5,613.21 | 5,401.87 | 5,401.87 | 1,420.29 |
| 4B | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION | 7100-000 | NA | 11,952.74 | 11,952.74 | 3,142.68 |
| 3 | NAVIENT SOLUTIONS, INC. | 7100-000 | 8,159.00 | 8,505.34 | 8,505.34 | 2,236.27 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 31,546.62 | $ 32,391.31 | $ 32,391.31 | $ 8,516.50 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-30677 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | ROBERT DENNIS-KULAK | | | | Date Filed (f) or Converted (c): | 09/08/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/22/2015 |
| For Period Ending: | 02/07/2018 | | | | Claims Bar Date: | 06/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9830 S. Sayre #7 Chicago Ridge, IL Rental Condo | 96,350.00 | 0.00 | | 0.00 | FA |
| 2. Miscellaneous Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 3. Chase Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 4. Chicago Patrolmans Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 5. Indiana Members Credit Union Checking Account | 1.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous household goods and furnishings | 750.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Wearing Apparel | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. 401K Through Dollar Tree | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. 925 N. Kealing Avenue, Indianapolis, Indiana (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10. Undisclosed Bank Accounts (u) | Unknown | 20,000.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $102,901.00   $20,000.00   $20,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status November 2017: Preparing Final Report.

Case Status April 2017: Trustee has asserted claims related to debtor's withdrawals from various bank accounts, stemming from UST discharge litigation. Through counsel, Trustee is engaged in settlement negotiations with the debtor, with Trustee's last demand having been rejected. The debtor's attorney has made claims that certain amounts of cash in the debtor's bank account, which was not disclosed in the petition, belong to the debtor's spouse and are not assets of the estate. The debtor's attorney is sending Trustee the background information so Trustee can verify the debtor's claim and as necessary will adjust settlement demand amount accordingly.

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-30677 | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- |
| Case Name: | ROBERT DENNIS-KULAK | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0877 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8153 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 02/07/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/10/17 | 10 | Robert J. Dennis-Kulak/Phillip J. Dennis-Kulak | Payment related to settlement agreement approved per order dated 11/07/17 [Dkt. 46]. | 1229-000 | $20,000.00 | | $20,000.00 |
| 01/05/18 | 101 | N. Neville Reid<br>200 West Madison Street<br>Suite 3000<br>Chicago, IL 60606 | Per [Dkt. 57] Order Awarding Trustee Compensation and Expenses dated 01/04/18 (final distribution) | 2100-000 | | $2,750.00 | $17,250.00 |
| 01/05/18 | 102 | Fox Swibel Levin & Carroll LLP<br>200 West Madison Street<br>Suite 3000<br>Chicago, IL 60606 | Per [Dkt. 56] Order dated 01/04/18 Granting First and Final Fee Application of FSLC for payment of fees for period from 11/29/16 - 11/13/17 (final distribution) | 3110-000 | | $8,733.50 | $8,516.50 |
| 01/05/18 | 103 | CAVALRY INVESTMENTS, LLC<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Final distribution per Dkt. 47 | 7100-000 | | $1,558.04 | $6,958.46 |
| 01/05/18 | 104 | CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Final distribution per Dkt. 47 | 7100-000 | | $1,420.29 | $5,538.17 |
| 01/05/18 | 105 | NAVIENT SOLUTIONS, INC.<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Final distribution per Dkt. 47 | 7100-000 | | $2,236.27 | $3,301.90 |
| 01/05/18 | 106 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION<br>TRUNKETT & TRUNKETT PC<br>20 N WACKER SUITE 1434<br>CHICAGO IL 60606 | Final distribution per Dkt. 47 | 7100-000 | | $3,142.68 | $159.22 |
| 01/05/18 | 107 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution per Dkt. 47 | 7100-000 | | $159.22 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $20,000.00 | $20,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | Net | $20,000.00 | $20,000.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0877 - Checking | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:           $0.00       $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*